JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHAREEF ABDOU,

              Plaintiff,

    v.

SAFECO INSURANCE COMPANY OF AMERICA, et al.,

              Defendants.

Case No. CV 25-5302-MWF(PDx)

ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

The Court has considered the parties' Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation"). (Docket No. 25). For good cause shown, the Stipulation is GRANTED. This entire action is DISMISSED with prejudice, with each side to bear her and its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 23, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-